```
ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
PAUL H. ROCHMES (SBN 077928)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California  90012
    Telephone:  (213) 894-2413
    Facsimile:  (213) 894-0115
    E-mail: paul.rochmes@usdoj.gov

Attorneys for United States of America
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CV11-09546 JAK (AJWx)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>SONGIL KUM,<br><br>　　　　Respondent. | Case No. CV<br><br>[PROPOSED]<br><br>ORDER TO SHOW CAUSE |

Upon the Petition and supporting Memorandum of Points and Authorities, and the supporting Declaration to the Petition, the Court finds that Petitioner has established its *prima facie* case for judicial enforcement of the subject Internal Revenue Service ("IRS" and "Service") summons. See United States v. Powell, 379 U.S. 48, 57-58 (1964); *see also*, Crystal v. United States, 172 F.3d 1141, 1143-44 (9th Cir. 1999); United States v. Jose, 131 F.3d 1325, 1327 (9th Cir. 1997); Fortney v. United States, 59 F.3d 117, 119-20 (9th Cir. 1995) (the Government's *prima facie*

case is typically made through the sworn declaration of the IRS agent who issued the summons); *accord*, <u>United States v. Gilleran</u>, 992 F.2d 232, 233 (9th Cir. 1993).

Therefore, **IT IS ORDERED** that Respondent appear before this District Court of the United States for the Central District of California, in Courtroom No. 750,

☐ United States Courthouse
312 North Spring Street, Los Angeles, California, 90012

☑ Roybal Federal Building and United States Courthouse
255 E. Temple Street, Los Angeles, California, 90012

☐ Ronald Reagan Federal Building and United States Courthouse
411 West Fourth Street, Santa Ana, California, 92701

☐ Brown Federal Building and United States Courthouse
3470 Twelfth Street, Riverside, California, 92501

on **January 23**, 2012, at 130 p.m., and show cause why the testimony and production of books, papers, records, and other data demanded in the subject Internal Revenue Service summons should not be compelled.

**IT IS FURTHER ORDERED** that copies of this Order, the Petition, Memorandum of Points and Authorities, and accompanying Declaration be served promptly upon Respondent by any employee of the Internal Revenue Service or the United States Attorney's Office, by personal delivery, or by leaving copies of each of the foregoing documents at the Respondent's dwelling or usual place of abode with someone of suitable age and discretion who resides there, or by certified mail.

**IT IS FURTHER ORDERED** that within ten (10) days after service upon Respondent of the herein described documents,

2

1 | Respondent shall file and serve a written response, supported by
2 | appropriate sworn statements, as well as any desired motions.
3 | If, prior to the return date of this Order, Respondent files a
4 | response with the Court stating that Respondent does not desire to
5 | oppose the relief sought in the Petition, nor wish to make an
6 | appearance, then the appearance of Respondent at any hearing
7 | pursuant to this Order to Show Cause is excused, and Respondent
8 | shall be deemed to have complied with the requirements of this
9 | Order.
10
11 | //
12 | //
13 | //
14 | //
15 | //
16 | //
17 | //
18 | //
19 | //
20 | //
21 | //
22 | //
23 | //
24 | //
25 | //
26 | //
27 | //
28

1     **IT IS FURTHER ORDERED** that all motions and issues raised by
2 the pleadings will be considered on the return date of this
3 Order. Only those issues raised by motion or brought into
4 controversy by the responsive pleadings and supported by sworn
5 statements filed within ten (10) days after service of the herein
6 described documents will be considered by the Court. All
7 allegations in the Petition not contested by such responsive
8 pleadings or by sworn statements will be deemed admitted.

10 DATED: This \_\_18th\_\_ day of \_\_November_____, 2011.

12 _____~~JOHN A. KRONSTADT~~_____
13                   UNITED STATES DISTRICT JUDGE

18 Presented By:

19 ANDRÉ BIROTTE JR.
   United States Attorney
20
   SANDRA R. BROWN
21 Assistant United States Attorney
   Chief, Tax Division
22

23 /s/ Paul Rochmes
24 PAUL H. ROCHMES
   Assistant United States Attorney
25 Attorneys for the United States of America